**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court."
Although it is posted on the internet, this opinion is binding only on the
parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-4282-15T2

IN THE MATTER OF BRIAN
WILLIAMS, CAMDEN COUNTY
SHERIFF'S DEPARTMENT.

_____

Submitted September 25, 2017 — Decided October 19, 2017

Before Judges O'Connor and Vernoia.

On appeal from the New Jersey Civil Service
Commission, Docket No. 2015-2847.

Christopher A. Orlando, County Counsel,
attorney for appellant Camden County
Sheriff's Department (Howard L. Goldberg,
First Assistant County Counsel, on the
brief).

Alterman & Associates, LLC, attorneys for
respondent Brian Williams (Jeffrey S.
Ziegelheim, of counsel; Matthew R. Dempsky
and Stuart J. Alterman, on the brief).

Christopher S. Porrino, Attorney General,
attorney for New Jersey Civil Service
Commission (Valentina M. DiPippo, Deputy
Attorney General, on the statement in lieu
of brief).

PER CURIAM

We have been advised by the parties this matter has been amicably adjusted between them and that they have stipulated to the dismissal of this appeal.  Accordingly, the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

A-4282-15T2